```
WILLIAM J. SCHROEDER
PAINE, HAMBLEN, COFFIN,                    The Honorable Lonny R. Suko
    BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| DANIEL T. REINER,<br><br>        Plaintiff,<br><br>vs.<br><br>KEN BAGDASARIAN and JANE DOE BAGDASARIAN and the marital community thereof; WHEEL FINISHING SYSTEMS, LLC, a California Limited Liability Company; and UNITED FINISHING SYSTEMS, INC., a California corporation,<br><br>        Defendants. | No. CV 04 0153 LRS<br><br>**ORDER OF DISMISSAL**<br>**[PROPOSED]** |

    On hearing the Parties Stipulated Motion for Dismissal, and the Court being fully advised in the premises, it is

ORDER OF DISMISSAL - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1  ORDERED that: (1) the above action is hereby dismissed with prejudice and without costs to any

2  party; (2) Notice of Presentment of the Stipulation and Order is hereby waived; and, (3) if the

3

4  Settlement Agreement in the matter is not fully performed, this matter shall be reopened under its

5  existing cause number for the sole purpose of the entry of the Confession to Judgment and

6  Judgment upon Confession as specified in the Settlement Agreement.

7      SO ORDERED this <u>14th</u> day of <u>February</u>, 2006.

8                                  s/Lonny R. Suko
                                    _____
9                                   The Honorable Lonny R. Suko

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER OF DISMISSAL - 2

**Presented by:**

PAINE HAMBLEN COFFIN
BROOKE & MILLER, LLP

_____
William J. Schroeder, WSBA #7942
Attorneys for Plaintiff

**Approved as to form;
Notice of presentment waived:**

FOSTER PEPPER & SHEFELMAN, PLLC

_____
John R. Nelson, WSBA #16393
Attorneys for Defendants

ORDER OF DISMISSAL - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

## CERTIFICATE OF SERVICE

I hereby certify that on this ___14th___ day of February, 2006, I electronically filed the foregoing **PROPOSED ORDER OF DISMISSAL**, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

William J. Schroeder    william.schroeder@painehamblen.com
    marsha.ungricht@painehamblen.com

John Ray Nelson    nelsj@foster.com
    mccap@foster.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*No manual recipients*

    s/WILLIAM J. SCHROEDER
    William J. Schroeder, WSBA No. 7942
    Attorney for Plaintiff
    Paine, Hamblen, Coffin, Brooke & Miller LLP
    717 West Sprague Avenue, Suite 1200
    Spokane, Washington 99201-3505
    509-455-6000
    509-838-0007 (facsimile)
    william.schroeder@painehamblen.com

I:\Spodocs\31917\00003\plead\00397189.WPDDM

ORDER OF DISMISSAL - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000